UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THAT CERTAIN 1985 WELLCRAFT 3200 EXPRESS CRUISER MOTOR YACHT,<br><br>　　　　　　Defendant. | No.  2:25-cv-01008-DC-AC<br><br>ORDER GRANTING *EX PARTE* APPLICATION AND CONFIRMING FURCHER ORDER OF THE COURT IS NOT REQUIRED TO ARREST DEFENDANT VESSEL<br><br>(Doc. No. 11) |

　　　　On April 22, 2025, Plaintiff SMG filed an *ex parte* application seeking clarification from the court that a further order—specifically, an eviction order—is not required for the arrest of the Defendant Vessel pursuant to the arrest warrant issued on April 15, 2025 (Doc. Nos. 9, 10). (Doc. No. 11.) Having reviewed that application, and the declaration of Plaintiff's attorney filed in support, Plaintiff's *ex parte* application (Doc. No. 11) is GRANTED. The court hereby clarifies and confirms that a further court order of eviction is not required for the arrest of the Defendant Vessel. The court's April 15, 2025 order authorizing the issuance of the warrant (Doc. No. 9) is

/////

/////

/////

/////

1

sufficient to compel the arrest of the Defendant Vessel and a separate order of eviction is not necessary.

IT IS SO ORDERED.

Dated:  **April 23, 2025**

Dena Coggins
United States District Judge