UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMG, dba ASM STOCKTON, a Pennsylvania general partnership,<br><br>Plaintiff,<br><br>v.<br><br>THAT CERTAIN 1985 WELLCRAFT 3200 EXPRESS CRUISER MOTOR YACHT of Approximately 35.6-Feet in Length and 11-Feet 8 Inches I Beam, Registered With California D.M.V. Under CF Number 4111UC, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS, AND ALL THER APPURTENANCES, in rem,<br><br>Defendant. | Case No.: 2:25-cv-01008-DC-AC<br><br>**[PROPOSED] ORDER OF PUBLICATION**<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

The Court, having reviewed the First Amended Application for Order of Publication filed by Plaintiff SMG [Docket Item No. 16], and good cause therefore appearing, it is hereby

**ORDERED**, that a Notice of Vessel Arrest shall be published in the Stockton Record pursuant to Rule C(4) of the Supplemental Admiralty Rules for Certain

1

Admiralty and Maritime Claims, Local Rules 530, Local Rule 171, Local Rule 580, and in conformance with Exhibit A attached to PLAINTIFF's First Amended Application for Order of Publication, but with three additions/corrections to the notice: (1) include the case number 2:25-cv-01008-DC-AC; (2) include the phone number for Plaintiff's counsel; and (3) correct the court location from Fresno to Sacramento.

IT IS SO ORDERED.

Dated: **June 13, 2025**

Dena Coggins
United States District Judge