UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMG, | No. 2:25-cv-01008-DC-AC |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| THAT CERTAIN 1985 WELLCRAFT 3200 EXPRESS CRUISER MOTOR YACHT, | (Doc. Nos. 24, 29) |
| Defendant. | |

On August 1, 2025, Plaintiff filed a motion for interlocutory vessel sale and authorization to credit bid. (Doc. No. 24.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 28, 2025, the magistrate judge filed findings and recommendations recommending Plaintiff's motion be granted. (Doc. No. 29.) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (*Id*. at 9.) Plaintiff has not filed objections to the findings and recommendations and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 28, 2025 (Doc. No. 29) are ADOPTED in full;

2. Plaintiff's motion for interlocutory vessel sale and authorization to credit bid (Doc. No. 24) is GRANTED because Plaintiff has demonstrated that all three factors of Rule (E)(9)(a)1 of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Claims have been met;

3. Plaintiff is entitled to credit bid at the U.S. Marshal auction an amount equal to its lien amount attested to in its Verified Complaint, $3,150, plus the above specified custodian fees $20,379.20 (totaling $23,529.20), calculated through the date the motion was filed (September 19, 2025), plus other costs of suit thereafter accruing until the date of the U.S. Marshal auction of the Defendant Vessel, excluding attorneys' fees;

4. The U.S. Marshal shall sell the Defendant Vessel at public auction as soon as possible, and that at such auction Plaintiff may credit bid in the above specified amount, provided Plaintiff at least fourteen (14) days before the auction establishes such indebtedness by a filed declaration; and

5. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **May 27, 2026**

_____
Dena Coggins
United States District Judge

2