UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SMG, dba ASM STOCKTON, a Pennsylvania general partnership,

Plaintiff,

v.

THAT CERTAIN 1985 WELLCRAFT 3200 EXPRESS CRUISER MOTOR YACHT of Approximately 35.6-Feet in Length and 11-Feet 8 Inches I Beam, Registered With California D.M.V. Under CF Number 4111UC, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS, AND ALL THER APPURTENANCES, in rem,

Defendant.

Case No.: 2:25-cv-01008-DC-AC

**[~~PROPOSED~~] ORDER OF PUBLICATION**

The Court, having reviewed Plaintiff SMG's Application for Order of Publication, and finding good cause therefor, hereby

**ORDERED**, that a Notice of Vessel Sale shall be published in the Stockton Record pursuant to Local Rules 171 and 580, and in conformance with Exhibit A attached to Plaintiff's Application for Order of Publication.

**IT IS SO ORDERED**.

Dated: November 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE